UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MEDICINE, P.C.,

      Plaintiff,                           Case No. 21-cv-11350

v.                                        Hon. Matthew F. Leitman

XAVIER BECERRA,

      Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** in entered in favor of Plaintiff General Medicine, P.C. and against Defendant Becerra.

**IT IS FURTHER ORDERED** that this action shall be **REMANDED** for further administrative proceedings consistent with the Order entered on this day.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 19, 2022
Detroit, Michigan

1